UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | :<br>:<br>: |
| v. | :   Civil No. _____ |
| Twelve Motor Scooters and 120 Half Helmets,<br>        Defendants. | :<br>:<br>:<br>: |

…ooo0ooo…

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, through undersigned counsel, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against twelve gas motor scooters and 120 half helmets (collectively "the defendant property") that were imported into the United States in violation of Department of Transportation regulations, and are, therefore, forfeitable pursuant to 19 U.S.C. section 1595a(c)(2)(A).

### THE DEFENDANT IN REM

2. The defendant property consists of twelve gas motor scooters and 120 half helmets that were imported into the United States, and were seized in or about January 2009 in Baltimore, Maryland, at the Port of Baltimore, by Customs and Border Protection (CBP). The importer was RA Motor Sports, located in Rockville, Maryland.

3. The Defendant Currency is presently in the custody of CBP in Maryland.

## JURISDICTION AND VENUE

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. section 1345, over an action for forfeiture under 28 U.S.C. section 1355(a), and over this particular action under 19 U.S.C. section 1595a.

5. This Court has *in rem* jurisdiction over the Defendant Currency under 28 U.S.C. section 1355(b).

6. Venue is proper in this district pursuant to 28 U.S.C. section 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. section 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

7. The defendant property is subject to forfeiture pursuant to 19 U.S.C. section 1595a(c)(2)(A) because it constitutes merchandise imported in violation of Department of Transportation safety regulations, specifically those found in 49 U.S.C. section 30112(a).

## FACTS

8. The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Coleman Sachs, Chief of the Import and Certification Division, Office of Vehicle Safety Compliance, U.S. Department of Transportation, which is incorporated herein by reference.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the defendant property be cited to appear herein and answer the Complaint; that the defendant property be forfeited and condemned to the United States of America; that upon Final Decree of Forfeiture, Customs and Border

Protection dispose of the defendant property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated: June 23, 2014.

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

_____
Richard C. Kay
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201
410 209-4800

**VERIFICATION**

I, Richard C. Kay, declare under penalty of perjury as provided by 28 U.S.C. section 1746, that the foregoing Complaint for Forfeiture *in rem* is based on reports and information furnished to me by the U.S. Department of Transportation and Customs and Border Protection, and that everything contained therein is true and correct to the best of my knowledge and belief.

_____
Richard C. Kay, Esq.
Assistant U.S. Attorney
United States Attorney's Office
District of Maryland

## DECLARATION

This declaration is submitted in support of a complaint for forfeiture of 12 scooters and 120 half helmets.

I, Coleman Sachs, Chief, Import and Certification Division, Office of Vehicle Safety Compliance, U.S. Department of Transportation ("DOT"), submit that there are sufficient facts to support a reasonable belief that the 12 scooters and 120 half helmets imported into the United States from China on or about January 2009, are not DOT compliant and are therefore in violation of 49 U.S.C. § 30112(a) and thus subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(A).

a. On or about January 12, 2009, container EMCU3469302 seal # EMCEB59218 entry # 004-52128036, importer RA Motor Sports, 309-B Howard Avenue, Rockville, MD 20850, arrived at the Port of Baltimore, Centralized Container Examination Station for inspection.
b. Upon inspection by U.S. Customs and Border Protection (CBP), items were found to be suspected of not being in conformance with U.S. Department of Transportation regulations.
c. DOT was advised by CBP and DOT requested that the shipment not be released until DOT could inspect it.
d. On or about January 14, 2009, DOT representatives conducted an examination of the shipment and found that the scooter model # BD50QT-2, BD150T-9 and half helmet color DY961 to be non-compliant pursuant to DOT standards for importation into the United States.
e. Detention form # 1303-2009-06 was issued to the importer on January 12, 2009.
f. On or about January 22, 2009, DOT confirmed that the scooters and helmets from entry 004-52128036 could not be entered into the United States.
g. The shipment was found in violation of 49 U.S.C. § 30112(a). The merchandise is subject to forfeiture pursuant to 19 U.S.C. § 1595a(c)(2)(A).


**PURSUANT TO 28 U.S.C. § 1746 AND IN REFERENCE TO THE SEIZURE OF 12 MOTOR SCOOTERS AND 120 HALF HELMETS THAT WERE IMPORTED BY RA MOTOR SPORTS, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on:
Date: 6/23/2014

Coleman Sachs
Chief
Department of Transportation

## MEMORANDUM

DATE:      June 24, 2014

TO:        Paula M. Rigby / Julie Bedenbaugh
           Department of Homeland Security
           U.S. Customs & Border Protection

FROM:      Matthew Miller
           Paralegal Specialist
           U.S. Attorney's Office - District of Maryland

RE:        **U.S. v. Twelve Motor Scooters and 120 Half Helmets**

           Civil Action No.

           **CATS ID No.
           Agency Case No. 2009-1303-000152-01**

---

The United States has filed a forfeiture action against **Twelve Motor Scooters and 120 Half Helmets.** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

## Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER |
|---|---|
| DEFENDANT<br>**Twelve Motor Scooters and 120 Half Helmets** | TYPE OF PROCESS<br>Verified Complaint in Rem |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>Naquita Ervin, FSA Paralegal Specialist<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th floor<br>Baltimore, Maryland 21201 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Arrest property. Fill in the date of arrest in this process receipt and return our copy.

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(410) 209-4800 | Date<br>Jun 24, 2014 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|
| | | | | |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency | | |

REMARKS:

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.